UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

TINYQA MCKINNEY,

    Plaintiff,

v.

WINDHAM PROFESSIONALS, INC.,

    Defendant.

Case No. 11-cv-00505-FDW-DCK

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, TINYQA MCKINNEY, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

1
NOTICE OF SETTLEMENT

Case 3:11-cv-00505-FDW-DCK   Document 5   Filed 12/14/11   Page 1 of 2

Dated: December 14, 2011  RESPECTFULLY SUBMITTED,

By: ___/s/ Christopher D. Lane_____

Christopher D. Lane, Esq.
NC Bar ID # 20302
3802-A Clemmons Road
Clemmons, NC 27012
Phone: 336 766-0229
Fax: 336 766-9145
cdllaw@juno.com

*Of Counsel*
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Attorneys for Plaintiff,
TINYQA MCKINNEY

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2011, I electronically filed the foregoing Notice with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted by electronic mail to the following:

Jennifer Kirby

Counsel for Defendant

JKirby@sdtlawyers.com

By: ___/s/ Christopher D. Lane_____

Christopher D. Lane, Esq.