**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

TINYQA MCKINNEY,

                              :     Case No. 11-cv-00505-FDW-DCK

        Plaintiff,

                              :

     v.                           :

                              :

WINDHAM PROFESSIONALS, INC.,

                              :

        Defendant.               :

## <u>VOLUNTARY DISMISSAL</u>

TINYQA MCKINNEY (Plaintiff), by her attorneys, and pursuant to FRCP 41(a)(1)(A)

(Dismissal of Actions-Voluntary Dismissal By Plaintiff Without Court Order) voluntarily

dismisses, with prejudice, WINDHAM PROFESSIONALS, INC. (Defendant), in this case.

Both sides to bear their own costs and expenses.

Dated:  January 11, 2012         RESPECTFULLY SUBMITTED,


By: ___/s/ Christopher D. Lane_____

        Christopher D. Lane, Esq.
        NC Bar ID # 20302
        3802-A Clemmons Road
        Clemmons, NC 27012
        Phone: 336 766-0229
        Fax:  336 766-9145
        cdllaw@juno.com

        *Of Counsel*
        Krohn & Moss, Ltd.
        10474 Santa Monica Blvd., Suite 401
        Los Angeles, CA 90025
        Attorneys for Plaintiff,
        TINYQA MCKINNEY


## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2012, the foregoing Notice was filed with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was submitted by electronic mail to the following:

Jennifer Kirby

Counsel for Defendant

JKirby@sdtlawyers.com

By: ___/s/ Christopher D. Lane_____

        Christopher D. Lane, Esq.